UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

_____

PAUL JANCZAK,

    Plaintiff,

v.

TULSA WINCH, INC.,

    Defendant.

Case No. 4:13-cv-00154-CVE-FHM

_____

**JOINT STIPULATION OF DISMISSAL**
_____

NOW COME Plaintiff Paul Janczak, by his attorneys, Axley Brynelson, LLP, by Michael J. Modl and Michael J. Westcott, and Defendant Tulsa Winch, Inc., by its attorneys, Conner & Winters, by R. Richard Love, III and Isaac R. Ellis, pursuant to Rule 41(a)(1)(A)(ii) and stipulate to dismissal with prejudice of the above captioned case, without costs or attorneys' fees to any party.

Respectfully submitted this 12th day of July, 2016.

    s/ *Michael J. Modl*
    Michael J. Modl (admitted *pro hac vice*)
    Michael J. Westcott (admitted *pro hac vice*)
    AXLEY BRYNELSON, LLP
    2 E. Mifflin Street, Suite 200
    Madison, WI 53703
    Telephone: (608) 257-5661
    Facsimile: (608) 257-5444
    E-mail: mmodl@axley.com
    E-mail: mwestcott@axley.com

    Mark S. Thetford; OBA#12893
    Savage O' Donnell Affeldt Weintraub & Johnson
    8282 S. Memorial Drive, Suite 100
    Tulsa, OK 74133
    Telephone: (918) 599-8400

Facsimile: (918) 599-8444
E-mail: mst@savagelaw.cc

*Attorneys for the Plaintiff, Paul Janczak*


*s/ R. Richard Love, III*
R. Richard Love, III, OBA #14770
Isaac R. Ellis, OBA #30072
CONNER & WINTERS
4000 One Williams Center
Tulsa, OK  74103
Telephone:  (918) 586-5711

*Attorneys for Defendant, Tulsa Winch Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2016, I filed the foregoing pleading using the CM/ECF system which will send notification of such filing to all counsel of record.


*s/ Michael J. Modl*